# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 163 MM 2018
:
Respondent    :
:
:
:
:
v.    :
:
:
:
TYRON BROWN SR.,    :
:
Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of December, 2018, the "Motion for Judgment *Nunc Pro Tunc*" is DENIED.